IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

James Walter Sprouse, Jr, #120093, )
 ) C.A. No.: 0:04-22477-RBH
    Plaintiff, )
 )
  vs. ) **O R D E R**
 )
Marshall C. Sanford, Governor of South )
Carolina; John Ozmint, Director of South )
Carolina Department of Corrections; and )
Robert E. Ward, Acting Director of )
Operations, )
 )
    Defendants. )
 )
_____ )

Donnie McClure, #98948, ) C.A. No.: 0:04-22479-RBH
 )
    Plaintiff, )
 )
  vs. ) **O R D E R**
 )
Marshall C. Sanford, Governor of South )
Carolina; John Ozmint, Director of South )
Carolina Department of Corrections; and )
Robert E. Ward, Acting Director of )
Operations, )
 )
    Defendants. )
 )
_____ )

Lamandsda McClure, #291941, ) C.A. No.: 0:04-22480-RBH
 )
    Plaintiff, )
 )
  vs. ) **O R D E R**
 )
Marshall C. Sanford, Governor of South )

1

Carolina; John Ozmint, Director of South )
Carolina Department of Corrections; and )
Robert E. Ward, Acting Director of )
Operations, )
                                )
             Defendants. )
                                )
_____ )

Terry L. Coleman, #271048, )
                                  )      C.A. No.: 0:04-22481-RBH
             Plaintiff, )
                                  )
    vs. )              **O R D E R**
                                  )
Marshall C. Sanford, Governor of South )
Carolina; John Ozmint, Director of South )
Carolina Department of Corrections; and )
Robert E. Ward, Acting Director of )
Operations, )
                                  )
             Defendants. )
                                  )
_____ )

Richard Sims,  #273381, )
                                  )      C.A. No.: 0:04-22482-RBH
             Plaintiff, )
                                  )
    vs. )              **O R D E R**
                                  )
Marshall C. Sanford, Governor of South )
Carolina; John Ozmint, Director of South )
Carolina Department of Corrections; and )
Robert E. Ward, Acting Director of )
Operations, )
                                  )
             Defendants. )
                                  )
_____ )

2

Alan Chronister, #287815,                              )
                                                        )        C.A. No.: 0:04-22483-RBH
                        Plaintiff,                      )
                                                        )
            vs.                                         )        **O R D E R**
                                                        )
Marshall C. Sanford, Governor of South                 )
Carolina; John Ozmint, Director of South               )
Carolina Department of Corrections; and                )
Robert E. Ward, Acting Director of                     )
Operations,                                             )
                                                        )
                        Defendants.                     )
                                                        )
_____                )

Richard Bezell, #269712,                               )
                                                        )        C.A. No.: 0:04-22484-RBH
                        Plaintiff,                      )
                                                        )
            vs.                                         )        **O R D E R**
                                                        )
Marshall C. Sanford, Governor of South                 )
Carolina; John Ozmint, Director of South               )
Carolina Department of Corrections; and                )
Robert E. Ward, Acting Director of                     )
Operations,                                             )
                                                        )
                        Defendants.                     )
                                                        )
_____                )

Demetric Gowan, #299119,                               )
                                                        )        C.A. No.: 0:04-22485-RBH
                        Plaintiff,                      )
                                                        )
            vs.                                         )        **O R D E R**
                                                        )
Marshall C. Sanford, Governor of South                 )
Carolina; John Ozmint, Director of South               )
Carolina Department of Corrections; and                )
Robert E. Ward, Acting Director of                     )
Operations,                                             )

3

```
                                          )
                    Defendants.           )
                                          )
_____   )


Troy Mobley, #249231,                     )
                                          )        C.A. No.: 0:04-22486-RBH
                    Plaintiff,            )
                                          )
        vs.                               )            O R D E R
                                          )
Marshall C. Sanford, Governor of South    )
Carolina; John Ozmint, Director of South  )
Carolina Department of Corrections; and   )
Robert E. Ward, Acting Director of        )
Operations,                               )
                                          )
                    Defendants.           )
                                          )
_____   )
```

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required

to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Marchant's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the plaintiff's motions for summary judgment are hereby **DENIED**, and defendants' motions for summary judgment are hereby **GRANTED**, and these cases are hereby **DISMISSED**.

**IT IS SO ORDERED.**

S/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
January  22,  2008

5